■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES COWEN, Also Known as CHARLES COWAN, Appellant. [760 NYS2d 348] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 30, 1998 (*People v Cowen,* 255 AD2d 596 [1998]), affirming a judgment of the County Court, Orange County, rendered January 3, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD EDWARDS, Appellant. [760 NYS2d 329] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered January 2, 2001, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., Krausman, Goldstein, H. Miller and Crane, JJ., concur.